UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN SCOTT LINTON,

      Petitioner,

v.

      Civil Case No: 07-15005
      Criminal Case No: 05-20037
      Honorable David M. Lawson

UNITED STATES OF AMERICA,

      Respondent,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DISMISSING PETITION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

Presently before the Court is the report issued on September 29, 2008 by Magistrate Judge Binder pursuant to 28 U.S.C. § 636(b), recommending that this Court dismiss the petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 89] is **ADOPTED**.

It is further **ORDERED** that the petition to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 [dkt # 75] is **DISMISSED with prejudice**.

s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated: October 21, 2008

> **PROOF OF SERVICE**
>
> The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 21, 2008.
>
>                         s/Felicia M. Moses
>                         FELICIA M. MOSES